UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No: 11-03127-3G7

SCOTT DALE HACKWORTH

_____Debtor(s)./

**TRUSTEE'S MOTION FOR ORDER REQUIRING APPEARANCE UNDER RULE 2004**

Pursuant to Bankruptcy Rule 2004, the trustee, Gordon P. Jones, requests this Court to order the debtor(s) to appear before Gordon P. Jones, at a time and date certain, to be examined concerning the acts, conduct and property of the debtor(s), and any other matters within the scope of Rule 2004. The trustee requests that the examination be scheduled for **Wednesday, December 14, 2011 at 2:00 p.m.** at the United States Courthouse, 300 North Hogan Street, Room 1-200, Jacksonville, Florida.

In accordance with the Americans with Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the individual or agency sending the notice at the address and telephone number listed below not later than seven (7) days prior to the proceedings. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

Dated: November 7, 2011

/s/ Gordon P. Jones
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Attorney for Trustee

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 7th day of November, 2011 or electronically by the Bankruptcy Noticing Center, to the following:

Scott Dale Hackworth, 471 Jeri Drive, Green Cove Springs, FL 32043
John J Freeman, Labella Law, 1665 Kingsley Avenue, Suite 108, Orange Park, FL 32073
United States Trustee, 135 W. Central Blvd, Suite 620, Orlando, FL 32801

/s/ Gordon P. Jones
Attorney