UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No: 11-03127-3G7

SCOTT DALE HACKWORTH

_____Debtor(s)./

**ORDER REQUIRING APPEARANCE UNDER RULE 2004**

This case came before the Court for consideration of a Motion for Examination of the Debtor pursuant to Rule 2004(a), Federal Rules of Bankruptcy Procedure, filed by the trustee, Gordon P. Jones. It is ORDERED:

1. The Motion is granted.
2. Unless excused by the Court or Trustee, the debtor is ordered to appear for an examination by the trustee pursuant to Bankruptcy Rule 2004 on **Wednesday, December 14, 2011 at 2:00 p.m.** at the United States Courthouse, 300 North Hogan Street, Room 1-200, Jacksonville, Florida, to be examined concerning his acts, conduct and property and as to any other matters which may affect the administration of the Debtor's estate or his right to discharge pursuant to Bankruptcy Rule 2004(d).

Dated _____November 8, 2011_____.

_____
PAUL M. GLENN
United States Bankruptcy Judge

Copies furnished to:

Gordon P. Jones, P. O. Box 600459, Jacksonville, FL  32260
Scott Dale Hackworth, 471 Jeri Drive, Green Cove Springs, FL  32043
John J Freeman, Labella Law, 1665 Kingsley Avenue, Suite 108, Orange Park, FL  32073
United States Trustee, 135 W. Central Blvd, Suite 620, Orlando, FL  32801